IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING VISION PAY-PER-VIEW CORP., : CIVIL ACTION
LTD. :
       v. :
       :
       :
401 HOLLY, INC. d/b/a :
MACBRIDES BAR & GRILL and :
JOHN IANNA : NO. 02-CV-3020

ORDER

     **AND NOW,** this _____ day of August, 2002, upon consideration of the defendants' motion for judgment on the pleadings (Doc. No. 3), which motion is unopposed, it is HEREBY ORDERED and DECREED that the motion is GRANTED for the reasons that follow.

     The plaintiff alleges in the complaint that on March 3, 2000, the defendants willfully and wrongfully intercepted and/or received the interstate communication of a boxing match which the plaintiff had entered into a closed-circuit television license agreement to exhibit. The complaint was filed on May 22, 2002. The defendant moved for judgment on the pleadings on the grounds that the complaint was filed outside of the applicable statute of limitations of two years.

     The Court will grant the defendant's motion based on the analysis contained in Kingvision Pay-Per-View, Ltd. v. 898

Belmont, Inc., 01-CV-2970, 2002 WL 215978 (E.D. Pa. Feb. 13, 2002)(Schiller, J.).

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.