IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KINGVISION PAY-PER VIEW CORP., LTD

:                    CIVIL ACTION

:

v.                                       :

:

401 HOLLY, INC. d/b/a MACBRIDES BAR    :           NO.02-3020
& GRILL, et al.

## CIVIL JUDGMENT

Before the Honorable Mary A. McLaughlin:


AND NOW, this 12th day of September, 2002, in accordance with the Court's

Order of August 6, 2002,


IT IS ORDERED that Judgment be and the same is hereby entered in favor of the

Defendant, 401 Holly, Inc., et al. and against Plaintiff, Kingvision Pay-Per View Corp., Ltd.


BY THE COURT

ATTEST:


Carol James
Deputy Clerk


Civ 1 (8/80)
civjud.frm